IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00648-ZLW

GREGGORY WADE OLIVER,

    Petitioner,

v.

CARL ZENON, Warden, Arkansas Valley Corr. Facility,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2005

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court, in the above entitled proceedings, has rendered an Order denying petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the case. The Court has reviewed the record which conclusively shows that petitioner is entitled to no relief. The reasons stated in the Order and Judgment of Dismissal filed June 3, 2005, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

ORDERED that no certificate of appealability will issue.

DATED at Denver, Colorado this 22 day of June, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 22, 2005, I mailed the Order Denying Certificate of Appealability using the CM/ECF system which will send notification of such filing to the following individuals:

**United States Court of Appeals**
Case No.

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

**John Suthers, Esq.**
Colorado Attorney General
D.C. Box 20

**Greggory Wade Oliver**
AVCF
Arkansas Valley Correctional Facility
P O Box 1000
Crowley, CO 81034

GREGORY C. LANGHAM, Clerk

By s/ Dustin Stiles
  Deputy Clerk